**Tricia Wang (CA Bar No: 178473)**

1   LAW OFFICES OF TRICIA WANG
    39159 Paseo Padre Parkway, Suite 205
2   Fremont, CA 94538
    Telephone: (510) 791-0232
3   Fax: (510) 791-5609

4   Attorney for Petitioner:      Hongwei FENG

FILED

2007 OCT 31  P 3: 37

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J

E-FILING

ADR

Fee Paid
(99)
SI

CI/HRL

5

6                UNITED STATES DISTRICT COURT
7              NORTHERN DISTRICT OF CALIFORNIA
                  SAN JOSE, CALIFORNIA
8

9   Hongwei FENG                          )
                                          )
10                                        )
         Plaintiff,                       )      C07 05556
11                                        )      Case No._____
    vs.                                   )                  HRL
12                                        )
    Peter Keisler, Acting Attorney General of the    ) COMPLAINT FOR MANDAMUS
13  United States; Michael Chertoff, Secretary of the ) TO COMPEL DEFENDANTS TO
    Department of Homeland Security; Emilio Gonzales) COMPLETE NATURALIZATION
14  Director of United States Citizenship & Immigration) PROCESS
    Services; Robert Meuller, Director of the Federal  )
15                                        )
    Bureau of Investigations             )
16                                        )
                                          )
17       Defendants                       )
                                          )
18  _____

19

20  The Plaintiff Hongwei Feng (hereinafter "Plaintiff"), by and through his undersigned counsel,

21  hereby respectfully petitions this Honorable Court for a Writ of Mandamus to compel action on

22  an application for naturalization properly filed by the Plaintiff. The naturalization application

23  was filed and remains within the jurisdiction of the Defendants, who have improperly withheld

24
    action on said application to Plaintiff's detriment. In support of this petition, the Plaintiff
25

26  alleges as follows:

27

28

1

## PARTIES

1.   The Plaintiff, Alien Registration Number A 075 686 564 is a resident of Santa Clara County and a naturalization applicant.

2.   Peter Keisler is the Acting Attorney General of the United States, and this action is brought against him in his official capacity.   He is generally charged with enforcement of the Immigration and Naturalization Act, and is further authorized to delegate such powers and authority to subordinate agency such as Federal Bureau of Investigation and subordinate employees of the Department of Justice.

3.   Michael Chertoff is the Secretary of the Department of Homeland Security, and this action is brought against him in his official capacity.

4.   Emilio Gonzalez is the Secretary of the United States Citizenship & Immigration Services.

5.   Robert Mueller is the Director of the Federal Bureau of Investigation.

## JURISDICTION

6.   This is a civil action brought pursuant to 28 USC §1331 and 1361 to redress the deprivation or rights, privileges and immunities secured to Plaintiff, by which jurisdiction is conferred, to compel Defendants and those working under them to perform duties they owe to the Plaintiff.

7.   Jurisdiction is also conferred by 5 USC §704.   Plaintiff is aggrieved by adverse agency action in this case, as the Administrative Procedures Act requires in order to confer jurisdiction on the District Court.   5 USC §702.

8.   Costs and attorney fees will be sought pursuant to the Equal Access to Justice Act. 5 USC §504, and 28 USC 2412(d).

2

## VENUE

9.   Venue is the Northern District of California is proper pursuant to Title 28 USC

Section 1391 (e) (2) in that this is an action against officers and agencies of the

United States in their official capacities, brought in the District where a substantial

part of the events or omissions giving rise to Plaintiff's claim occurred.

## EXHAUSTION OF ADMINISTRATIVE REMEDIES

10.   The Plaintiff has exhausted his administrative remedies.  Plaintiff has made

numerous inquiries concerning the status of the application to no avail.

## THE STATUTORY AND REGULATORY SCHEME OF THE

## NATURALIZATION PROCESS

11.   Congress has created a comprehensive statutory scheme which guarantees that

eligible applicants will be naturalized in a prompt and dignified fashion while

guaranteeing the integrity of the naturalization process. Defendants, through their

regulations, have reinforced the express desire of the Congress for a prompt but

accurate naturalization process. 8 USC §1443-1445 provide the requirements for

citizenship and the means of application. 8 CFR §335.3 provides that "The Service

officer shall grant the application if the applicant has complied with all requirements

for naturalization under this chapter. A decision to grant or deny the application

shall be made at the time of the initial examination or within 120-days after the date

of the initial examination of the applicant for naturalization under §335.2. The

applicant shall be notified that the application has been granted or denied and, if the

application has been granted, of the procedures to be followed for the administration

of the oath of allegiance pursuant to part 337 of this chapter." 8 USC §1447(b)

3

provides that is that determination is not made "before the end of the 120-day period after the date on which the examination is conducted", the applicant may apply to the United States District Court for relief.

## THE CHALLANGED PRACTICE

12.  Despite the statutory and regulatory mandate, the Plaintiff has not been notified that her application has been granted or denied either at the naturalization examination or within 120 days thereafter.

## FACTUAL ALLEGATIONS

13.  The plaintiff is a lawful permanent resident of the United States since September 18, 2000. See Exhibit 1, copy of the Plaintiff's green card.

14.  The Plaintiff applied citizenship on July 8, 2005. Please see Exhibit 2, the CIS Receipt Notice. He had his fingerprint done on August 17, 2005. See Exhibit 3, Fingerprint Notification. He had his naturalization interview on December 6, 2005 and was advised that he passed the interview but a decision cannot yet be made about his application. See Exhibit 4 Form N-652 Naturalization Interview Results.

15.  Plaintiff has an Infopass appointment on September 28, 2007. See Exhibit 5. The plaintiff was informed at the Infopass appointment that his application was still pending for FBI name check.

16.  Plaintiff Hongwei Feng has also sought help from the United States Congressman Mike Honda and received a letter dated October 11, 2007 from Mike Honda stating that he already made an inquiry with the FBI about his naturalization case and it will take approximately 90 days to get a response from the FBI. See Exhibit 6, copy of the letter from Congressman Mike Honda to the Plaintiff.

17.    Plaintiff Hongwei Feng, through his attorney, sent an email inquiry on October 17, 2007 and received a response from the US CIS on October 18, 2007 stating that the case was still pending for background check, and that the process can sometimes take years and the USCIS cannot speculate about when the background checks will be completed.  See Exhibit 7, copy of the inquiry made on October 17, 2007. Up to the present date, almost **two years** after he passed the naturalization interview on December 6, 2005, Plaintiff still has not received a determination on his naturalization application.

## CLAIM FOR RELIEF

18.    The Plaintiff alleges that defendants have violate 8 CFR & 335.3 by failing to make a determination on the naturalization application of the Plaintiff at the time of the initial examination or within 120 days thereafter.

19.    Plaintiff alleges that defendants are in violation of the Administrative Procedure Act, 5 USC section 701 et seq., (a) in that they have unlawfully withheld and unreasonably delayed agency action to which the Plaintiff is entitles to and (b) in that they have taken action that is arbitrary and capricious, an abuse of discretion and not in accordance with law, by failing to make a determination on the naturalization application of the Plaintiff at the time of the initial  examination or within 120 days thereafter.

## IRREPARABLE INJURY

20.    As a result of the defendants' failure to perform their duty under 8 CFR 335.3 to make a determination on the Plaintiff's naturalization within 120 days after the examination, Plaintiff has suffered, and are suffering and will continue to suffer

1    irreparable harm. Plaintiff has suffered grievously as a result of the protracted and
2    unconscionable delays. He has been deprived of the substantial and unique benefits
3    of citizenship, including protection of the laws of the United States equal to that
4    granted to citizens; political rights, including the right to vote; the right to obtain a
5    United States passport; the protection of the United States government when outside
6    the United States; freedom of movement and travel, etc., He also has been subjected
7    to the fear and uncertainty engendered by the inability to obtain citizenship; the
8    inability to travel and carry out necessary activities out of concern they may miss a
9    long-delayed sworn-in ceremony, the inability to file visa petitions for immediate
10    relative as a United States citizen, etc.

## REQUEST FOR RELIEF:

WHEREFORE, Plaintiff request that this Court:

1.  Issue a writ in the nature of mandamus, pursuant to 28 USC § 1361 and 5 USC § 706(1) compelling Defendants and their agents to make a determination of the naturalization application of the Plaintiff, to notify the Plaintiff that his application has been granted or denied, and if granted, of the procedures to be followed for the administration of the oath of allegiance, within 20 days of the issuance of such writ.

2.  Grant attorneys' fees and costs of this suit under the Equal Access to Justice Act, 28 USC § 2412.

3.  Grant such other relief as this Court may deem just and proper.

Respectfully submitted,

Attorney for Plaintiff

Tricia Wang

6

# LIST OF ATTACHMENTS

**Exhibit**

1    Copy of Mr. Hongwei Feng's greencard.

2    Copy of the N-400 Receipt Notice from the CIS.

3    Copy of the Fingerprint Notification from the CIS.

4    Copy of the Form N-652 Naturalization Interview Results

5    Copy of the INFOPASS appointment confirmation printout.

6    Copy of the letter from Congressman Mike Honda dated October 11, 2007 stating that it will take about 90 days to get a response from the FBI about the naturalization inquiry.

7    Copy of October 17,  2007 email inquiry and response from the CIS

# EXHIBIT  1

## PERMANENT RESIDENT CARD

NAME FENG, HONG WEI



A# 075-686-564

Birthdate    Category    Sex
02/27/68      IR28        M

Country of Birth
China, People's Republic of
CARD                    06/06/16
Resident Since 09/18/00

```
C1USA0756865646MSC0680137973<<
6802273M1606063CHN<<<<<<<<<<<6
FENG<<HONG<WEI<<<<<<<<<<<<<<<<
```



# EXHIBIT  2

# THE UNITED STATES OF AMERICA

| Receipt | | | NOTICE DATE<br>July 19, 2005 |
|---|---|---|---|
| CASE TYPE<br>N400   Application For Naturalization | | | INS A#<br>A 075 686 564 |
| APPLICATION NUMBER<br>WSC*001347510 | RECEIVED DATE<br>July 08, 2005 | PRIORITY DATE<br>July 08, 2005 | PAGE<br>1 of 1 |

APPLICANT NAME AND MAILING ADDRESS

HONGWEI FENG
903 WATER WALK DR
MILPITAS CA 95035

PAYMENT INFORMATION:

Single Application Fee:      $390.00
Total Amount Received:      $390.00
Total Balance Due:              $0.00

The above application has been received by our office and is in process. Our records indicate your personal information is as follows:

Date of Birth:            February 27, 1968
Address Where You Live:   903 WATER WALK DR
                          MILPITAS CA 95035

Please verify your personal information listed above and immediately notify our office at the address or phone number listed below if there are any changes.

You will be notified of the date and place of your interview when you have been scheduled by the local INS office. You should expect to be notified within 365 days of this notice.

If you have any questions or comments regarding this notice or the status of your case, please contact our office at the below address or customer service number. You will be notified separately about any other cases you may have filed.

If you have other questions about possible immigration benefits and services, filing information, or INS forms, please call the INS National Customer Service Center (NCSC) at **1-800-375-5283**. If you are hearing impaired, please call the NCSC TDD at **1-800-767-1833**.

If you have access to the Internet, you can also visit INS at **www.ins.usdoj.gov**. Here you can find valuable information about forms and filing instructions, and about general immigration services and benefits. At present, this site does not provide case status information.

**INS Office Address:**
US IMMIGRATION AND NATURALIZATION SERVICE
CALIFORNIA SERVICE CENTER
P.O BOX 10400
LAGUNA NIGUEL CA 92607-

WSC$001444418

**INS Customer Service Number:**
(800) 375-5283

APPLICANT COPY



Form I-797C (Rev. 08/31/04) N

# EXHIBIT 3

Department of Homeland Security
U.S. Citizenship and Immigration Services

**I-797C, Notice of Action**

# THE UNITED STATES OF AMERICA

| Fingerprint Notification | | | NOTICE DATE<br>July 27, 2005 |
|---|---|---|---|
| CASE TYPE<br>N400    Application For Naturalization | | | INS A#<br>A 075 686 564 |
| APPLICATION NUMBER<br>WSC*001347510 | RECEIVED DATE<br>July 08, 2005 | PRIORITY DATE<br>July 08, 2005 | PAGE<br>1 of 1 |

APPLICANT NAME AND MAILING ADDRESS

HONGWEI FENG
903 WATER WALK DR
MILPITAS CA  95035

BIOMETRICS PROCESSING STAMP

ASC SITE CODE: San Jose, CA

BIOMETRICS QA REVIEW BY:

ON

TENPRINTS QA REVIEW BY:   AUG 17 2005

To process your application, INS must take your fingerprints and have them cleared by the FBI. **PLEASE APPEAR AT THE BELOW APPLICATION SUPPORT CENTER AT THE DATE AND TIME SPECIFIED.** If you are unable to do so, complete the bottom of this notice and return the entire original notice to the address below. **RESCHEDULING YOUR APPOINTMENT WILL DELAY YOUR APPLICATION. IF YOU FAIL TO APPEAR AS SCHEDULED BELOW OR FAIL TO REQUEST RESCHEDULING, YOUR APPLICATION WILL BE CONSIDERED ABANDONED.**

| APPLICATION SUPPORT CENTER | DATE AND TIME OF APPOINTMENT |
|---|---|
| INS SAN JOSE<br>122 CHARCOT AVE.<br>SAN JOSE CA 95131 | 08/17/2005<br>11:00 AM |

**WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR FINGERPRINTS TAKEN, YOU MUST BRING:**

**1. THIS APPOINTMENT NOTICE** and

**2. PHOTO IDENTIFICATION.** Naturalization applicants must bring their Alien Registration Card. All other applicants must bring a passport, driver's license, national ID, military ID, or State-issued photo ID. If you appear without proper identification, you will not be fingerprinted.

**PLEASE DISREGARD THIS NOTICE IF YOUR APPLICATION HAS ALREADY BEEN GRANTED.**

---

### REQUEST FOR RESCHEDULING

Please reschedule my appointment for the next available:   ☐ Wednesday afternoon       ☐ Saturday afternoon

INS cannot guarantee the day preferred, but will do so to the extent possible.
Upon receipt of your request, you will be provided a new appointment notice.  Please mail your request to:

INS SAN JOSE
122 CHARCOT AVE.
SAN JOSE CA 95131

If you have any questions regarding this notice, please call 1-800 375 5283.

APPLICANT COPY

APPLICATION NUMBER
WSC*001347510

### WARNING!

*Due to limited seating availability in our lobby areas, only persons who are necessary to assist with transportation or completing the fingerprint worksheet should accompany you.*

Form I-797C (Rev. 08/31/04) N

# EXHIBIT  4

**U.S. Department of Homeland Security**

Citizenship and Immigration Services

## N-652, Naturalization Interview Results

A#:   075686564

On December 6, 2005, you were interviewed by USCIS Officer ZHANG

☑ You passed the tests of English and U.S. history and government.

☐ You passed the test of U.S. history and government and the English language requirement was waived.

☐ USCIS has accepted your request for a Disability Exception. You are exempted from the requirement to demonstrate English language ability and/or a knowledge of U.S. history and government.

☐ You will be given another opportunity to be tested on your ability to _____ speak / _____ read / _____ write English.

☐ You will be given another opportunity to be tested on your knowledge of U.S. history and government.

☐ Please follow the instructions on the Form N-14.

☐ USCIS will send you a written decision about your application.

☐ You did not pass the second and final test of your _____ English ability / _____ knowledge of U.S. history and government. You will not be rescheduled for another interview for this N-400. USCIS will send you a written decision about your application.

**A)** _____ **Congratulations! Your application has been recommended for approval.** At this time, it appears that you have established your eligibility for naturalization. If final approval is granted, you will be notified when and where to report for the Oath Ceremony.

**B)** _____ **A decision cannot yet be made about your application.**

**It is very important that you:**

☒ Notify USCIS if you change your address.

☒ Come to any scheduled interview.

☒ Submit all requested documents.

☒ Send any questions about this application in writing to the officer named above. Include your full name, Alien Registration Number (A#), and a copy of this paper.

☒ Go to any Oath Ceremony that you are scheduled to attend.

☒ Notify USCIS as soon as possible in writing if you cannot come to any scheduled interview or Oath Ceremony. Include a copy of this paper and a copy of the scheduling notice.

**NOTE:** Please be advised that under section 336 of the Immigration and Nationality Act, you have the right to request a hearing before an immigration officer if your application is denied or before the U.S. district court if USCIS has not made a determination on your application within 120 days of the date of your examination.

# EXHIBIT 5

**Steve Feng**

| | | | |
|---|---|---|---|
| **From:** | Steve Feng | **Sent:** | Mon 9/24/2007 9:05 PM |
| **To:** | Steve Feng | | |
| **Cc:** | | | |
| **Subject:** | | | |
| **Attachments:** | | | |

Click here to print this screen

Name:  Hongwei Feng
Appointment Type:  Speak to immigration officer
Confirmation No.:  SNJ-07-25811  Authentication Code:  177d9
Appointment Date:  September 28, 2007
Appointment Time:  8:30 AM
Location:  1887 MONTEREY ROAD, San Jose, CA 95112; LOBBY

This is your Confirmation Number:

If you wish to cancel this appointment, you will need the following Personal Identification Number:
43677

Please be on time. Failure to show up on time will result in the cancellation of your appointment. You will then need to reschedule your appointment. You will not be admitted more than 15 minutes before your scheduled appointment time.

• You must appear in person and bring photo identification along with this appointment letter.
• Acceptable forms of identification are any of the following: Government issued identification, passport, valid driver's license, I-94, Work Authorization Card, or Permanent Resident Card. (Green Card)
• In order that we may serve you more efficiently, we recommend that you bring all applicable immigration forms, letters, receipts and supporting documents. If translations are used, they should be certified. Please bring the original documents as well.
• NOTE: Cell phones that have camera features are not permitted in the building. Food and drinks are not permitted in the waiting room. In order to facilitate easy and swift entrance, you are advised to keep handbags and metal objects to a minimum by leaving such items at home or with a person who will remain outside the building.

Thank you for using InfoPass
Return to USCIS On-Line



# EXHIBIT  6

COMMITTEE ON APPROPRIATIONS
SUBCOMMITTEES:
COMMERCE, JUSTICE, AND SCIENCE
LABOR, HEALTH AND HUMAN SERVICES,
AND EDUCATION
LEGISLATIVE BRANCH

SENIOR MAJORITY WHIP

CHAIR
CONGRESSIONAL ASIAN PACIFIC
AMERICAN CAUCUS

CHAIR
CONGRESSIONAL ETHIOPIAN
AMERICAN CAUCUS

CONGRESSIONAL-EXECUTIVE
COMMISSION ON CHINA

MICHAEL M. HONDA
15TH DISTRICT, CALIFORNIA

WASHINGTON OFFICE:
1713 LONGWORTH HOUSE OFFICE BUILDING
WASHINGTON, DC 20515
PHONE: (202) 225-2631
FAX:    (202) 225-2699
http://www.house.gov/honda

DISTRICT OFFICE:
1999 SOUTH BASCOM AVENUE
SUITE #815
CAMPBELL, CA 95008
PHONE: (408) 558-8085
FAX:    (408) 558-8086
GILROY RESIDENTS: (888) 643-4715

# Congress of the United States
## House of Representatives

October 11, 2007

Mr. Hongwei Feng
903 Water Walk Dr
Milpitas, California 95035

Dear Mr. Feng:

Thank you for contacting me regarding the problem you are having with the Federal Bureau of Investigation (FBI). I am sorry to hear about the difficulties you are experiencing with your background check.

As your Congressional representative, I may inquire on the status of your case but may not unduly influence the decision of an agency or assure a specific outcome.

Therefore, at your request, I have made an inquiry with the FBI. It has been my experience that it takes approximately 90 days for the FBI to respond.

I will contact you as soon as I receive their response. Please be advised that when the FBI completes their background check, there may be additional security screening necessary before your immigrant petition may be adjudicated by the United States Citizenship and Immigration Service.

Thank you for allowing me to be of assistance.

Sincerely,

Mike Honda
Member of Congress

Please feel free to visit my website at www.house.gov/honda. You can find out about additional resources available to you and your family or sign up for my e-newsletter to receive updates on my Congressional activities and national issues affecting you.

MH: CS

PRINTED ON RECYCLED PAPER

# EXHIBIT 7

**Tricia Wang**

| | |
|---|---|
| **From:** | CSC XII 400 [CSC-XII.400@dhs.gov] |
| **Sent:** | Thursday, October 18, 2007 11:46 AM |
| **To:** | Tricia Wang |
| **Subject:** | RE: WSC*001347510 Please reply |

**United States Citizenship and Immigration Services (USCIS) is committed to adjudicating immigration benefits in a timely manner while also ensuring public safety and national security. Though security checks for most applications or petitions are completed very quickly, a small percentage of cases have unresolved security check issues that temporarily delay adjudication of the application or petition. Although USCIS makes every effort to resolve such cases promptly, the agency cannot move forward until all outstanding issues have been resolved to our satisfaction. Unfortunately, this process can sometimes take years.**

**The security checks involve more than just the initial submission of biographical information or fingerprints and the initial response. If these checks and/or a review of the administrative record reveal an issue potentially impacting an applicant's eligibility for the requested immigration benefit, further inquiry is needed. The inquiry may include an additional interview and/or the need to contact another agency for updates or more comprehensive information. If it is determined that an outside agency possesses information relevant to the applicant's background, USCIS asks that agency to share any relevant information for consideration by USCIS in the adjudication. Upon gathering and assessing all available information, USCIS will adjudicate the application as expeditiously as possible.**
**We have checked into your client's case and have been assured that the agency is aware of your inquiry and is monitoring progress of the case.**
**Background checks on this case are still pending. We cannot speculate about when the background checks will be completed.**

**USCIS realizes that your client may be frustrated by the progress of his or her case, but the agency must balance individual inconvenience against broader issues of public safety and national security. We hope that the recognition that your client's case has not been forgotten lessens any anxiety stemming from the delay in the adjudication.**

Sincerely,
*Officer Foley*, CSC
Customer Service and Congressional Unit

Change of address?
http://www.uscis.gov/graphics/formsfee/forms/files/ar-11.pdf

---

**From:** Tricia Wang [mailto:tricia@wangslaw.com]
**Sent:** Wednesday, October 17, 2007 3:58 PM
**To:** 400, Csc-XII
**Subject:** FW: WSC*001347510 Please reply

Dear Officer,

10/18/2007

We are writing to you to follow up with a N-400 application filed with your office on 07/08/2005.    Attached please find a properly executed Form G-28 and a copy of the Receipt Notice.

The Applicant Mr. Hong Wei Feng was interviewed around October 2005.  Please advise the case status.

We tried to use your online case status check, but the case number WSC*001347510 does not work.

Thank you for your kind attention.  We look forward to your early reply.


Tricia Wang
Attorney-at-Law
39159 Paseo Padre Pkwy, #205
Fremont, CA 94538
Tel: 510-791-0232
Fax: 510-791-5609

10/18/2007