AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE | November 5, 2007 |
| Name of SERVER    Judy Shing | TITLE | Legal Assistant |

| Check one box below to indicate appropriate method of service | |
|---|---|
| ☐ | Served Personally upon the Defendant. Place where served: |
| ☐ | Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.<br>Name of person with whom the summons and complaint were left: |
| ☐ | Returned unexecuted: |
| ☒ | Other (specify):     On November 5, 2007, summons was served by US Certified Mail to:<br>US Attorney's Office<br>Civil Process Clerk<br>450 Golden Gate Avenue, 11th Floor<br>San Francisco, CA 94102 |

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  11/30/2007
              _____
              Date

_Signature of Server_

**LAW OFFICE OF TRICIA WANG**
**39159 PASEO PADRE PARKWAY**
**SUITE #205**
**FREMONT, CA  94538**

_Address of Server_

(1)   As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

US Attorney's office
450 Golden Gate
Ave. 11th Fl.
S.F. CA 94102

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _[signature]_    ☐ Agent    ☐ Addressee

B. Received by ( Printed Name)    FDAC0    C. Date of Delivery    11/6/07

D. Is delivery address different from item 1?    ☐ Yes
   If YES, enter delivery address below:    ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered    ☒ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)    7006 0100 0003 0444 6544

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540



UNITED STATES POSTAL SERVICE

First Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

**LAW OFFICE OF TRICIA WANG**
**39159 PASEO PADRE PARKWAY**
**SUITE #205**
**FREMONT, CA  94538**

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE November 5, 2007 |
| Name of SERVER Judy Shing | TITLE Legal Assistant |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify):       On November 5, 2007, summons was served by U.S. Certified Mail to:
Peter Keisler the Acting Attorney General
of the US Department of Justice
950 Pennsylvania Avenue NW
Washington DC 20530-0001

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  11/30/2007
*Date*

*Signature of Server*

**LAW OFFICE OF TRICIA WANG
39159 PASEO PADRE PARKWAY
SUITE #205
FREMONT, CA 94538**

*Address of Server*

(1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Earnest L. Parks_   ☐ Agent<br>☐ Addressee<br>B. Received by (*Printed Name*)   C. Date of Delivery<br>NOV 0 9 2007 |
| 1. Article Addressed to:<br><br>Peter Keisler the<br>Acting Attorney General<br>of the US Department<br>of Justice<br>950 Pennsylvania Ave<br>Washington DC 20530<br>0001 | D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered   ☒ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (*Extra Fee*)   ☐ Yes |
| 2. Article Number<br>    (*Transfer from service label*) | |

PS Form 3811, February 2004          Domestic Return Receipt                    102595-02-M-1540

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

*Hongwei Feng*

• Sender: Please print your name, address, and ZIP+4 in this box •

LAW OFFICE OF TRICIA WANG
39159 PASEO PADRE PARKWAY
SUITE #205
FREMONT, CA  94538