JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
MELANIE L. PROCTOR, CSBN 228971
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6730
FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HONGWEI FENG,<br><br>Plaintiff,<br><br>v.<br><br>PETER KEISLER, Acting Attorney General of the United States; MICHAEL CHERTOFF, Secretary of the Department of Homeland Security; EMILIO GONZALES, Director of United States Citizenship and Immigration Services; ROBERT MUELLER, Director of the Federal Bureau of Investigations,<br><br>Defendants. | No. C 07-5556 HRL<br><br>**STIPULATION TO EXTEND DATES; and [PROPOSED] ORDER** |

Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to the following:

1. Plaintiff filed this action on or about October 31, 2007, and Defendants' response is due on January 4, 2008.

2. Pursuant to this Court's October 31, 2007 Order Setting Initial Case Management Conference, the parties are required to file a joint case management statement on February 12, 2008, and attend a case management conference on February 19, 2008.

3. Plaintiff's name check have been completed.

Stipulation to Extend Dates
C07-5556 HRL                                    1

4.  In order to allow sufficient time for Defendants to consider an alternative resolution to this case and/or Answer and prepare a joint case management statement, the parties hereby respectfully ask this Court to extend the dates in the Court's scheduling order as follows:

| | |
|---|---|
| Last day for Defendant to file an Answer | February 8, 2008 |
| Last day to file Joint ADR Certification | February 19, 2008 |
| Last day to file/serve Joint Case Management Statement: | February 26, 2008 |
| Case Management Conference: | March 4, 2008 at 1:30 p.m. |

Date: January 4, 2008                                       Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney


                                                            _____/s/_____
                                                            MELANIE L. PROCTOR
                                                            Assistant United States Attorney
                                                            Attorneys for Defendants


Dated: January 4, 2008                                      _____/s/_____
                                                            TRICIA WANG
                                                            Attorney for Plaintiff


**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.


Date:                                                       _____
                                                            HOWARD R. LLOYD
                                                            United States Magistrate Judge


Stipulation to Extend Dates
C07-5556 HRL                                2