1  JOSEPH P. RUSSONIELLO, CSBN 44332
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   MELANIE L. PROCTOR, CSBN 228971     *ORDER E-FILED 1/7/2008*
4  Assistant United States Attorney

5  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
6  Telephone: (415) 436-6730
   FAX: (415) 436-6927
7
   Attorneys for Defendants
8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                          SAN JOSE DIVISION

12  HONGWEI FENG,                     )
                                       ) No. C 07-5556 HRL
13              Plaintiff,             )
                                       )
14       v.                            ) **STIPULATION TO EXTEND DATES; and**
                                       ) **[PROPOSED] ORDER**
15  PETER KEISLER, Acting Attorney General )
    of the United States; MICHAEL CHERTOFF, )
16  Secretary of the Department of Homeland )
    Security; EMILIO GONZALES, Director of  )
17  United States Citizenship and Immigration )
    Services; ROBERT MUELLER, Director of   )
18  the Federal Bureau of Investigations,   )
                                            )
19              Defendants.                 )
                                            )
20

21       Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys

22  of record, hereby stipulate, subject to the approval of the Court, to the following:

23       1. Plaintiff filed this action on or about October 31, 2007, and Defendants' response is due on

24  January 4, 2008.

25       2. Pursuant to this Court's October 31, 2007 Order Setting Initial Case Management

26  Conference, the parties are required to file a joint case management statement on February 12,

27  2008, and attend a case management conference on February 19, 2008.

28       3. Plaintiff's name check have been completed.

Stipulation to Extend Dates
C07-5556 HRL                        1

4. In order to allow sufficient time for Defendants to consider an alternative resolution to this case and/or Answer and prepare a joint case management statement, the parties hereby respectfully ask this Court to extend the dates in the Court's scheduling order as follows:

| | |
|---|---|
| Last day for Defendant to file an Answer | February 8, 2008 |
| Last day to file Joint ADR Certification | February 19, 2008 |
| Last day to file/serve Joint Case Management Statement: | February 26, 2008 |
| Case Management Conference: | March 4, 2008 at 1:30 p.m. |

Date: January 4, 2008                              Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney


                                                                /s/
MELANIE L. PROCTOR
Assistant United States Attorney
Attorneys for Defendants


Dated: January 4, 2008                              /s/
TRICIA WANG
Attorney for Plaintiff


**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:    January 7, 2008                              _____
HOWARD R. LLOYD
United States Magistrate Judge

Stipulation to Extend Dates
C07-5556 HRL                              2