1 | JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
2 | JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
3 | Chief, Civil Division
MELANIE L. PROCTOR, CSBN 228971
4 | Assistant United States Attorney

5 | 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
6 | Telephone: (415) 436-6730
FAX: (415) 436-6927

7 | Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

HONGWEI FENG,
    Plaintiff,
    v.
PETER KEISLER, Acting Attorney General of the United States; MICHAEL CHERTOFF, Secretary of the Department of Homeland Security; EMILIO GONZALES, Director of United States Citizenship and Immigration Services; ROBERT MUELLER, Director of the Federal Bureau of Investigations,
    Defendants.

No. C 07-5556 HRL

**STIPULATION TO DISMISS and [PROPOSED] ORDER**

    Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services is now prepared to adjudicate Plaintiff's application for naturalization and agrees to do so within 30 days of the dismissal of this action.

    Each of the parties shall bear their own costs and fees.

///

///

Stipulation to Dismiss
C07-5556 HRL    1

| | | |
|---|---|---|
| 1 | Date: February 4, 2008 | Respectfully submitted, |
| 2 | | JOSEPH P. RUSSONIELLO<br>United States Attorney |
| 3 | | |
| 4 | | _____/s/_____<br>MELANIE L. PROCTOR[1] |
| 5 | | Assistant United States Attorney<br>Attorneys for Defendants |

Dated: February 4, 2008                         /s/
                                        _____
                                        TRICIA WANG
                                        Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: _____
                                        _____
                                        HOWARD R. LLOYD
                                        United States Magistrate Judge

---

[1] I, Melanie Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

Stipulation to Dismiss
C07-5556 HRL                                        2